IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3065-2 |
| | ) | |
| v. | ) | |
| | ) | |
| GENOVEVA VALLES-LOPEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The clerk is directed to remove filing number 88 from the public docket and file it as a sealed pleading.

DATED May 16, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge