IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:04CR3065 |
| ) | |
| vs. ) | **ORDER FOR** |
| ) | **DISMISSAL OF INDICTMENT** |
| GENOVEVA VALLES-LOPEZ, ) | |
| ) | |
| Defendant. ) | |

The Motion of the United States is hereby granted. It is hereby ordered that the Indictment in this matter is dismissed without prejudice, as to the defendant, GENOVEVA VALLES-LOPEZ.

Dated April 1, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge